UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF THE CONNECTICUT PIPE TRADES LOCAL 777 HEALTH FUND, ANNUITY FUND, CONNECTICUT STATE PENSION FUND, APPRENTICE TRAINING FUND, INDUSTRY FUND AND THE UNITED ASSOCIATION OF PLUMBERS AND PIPEFITTERS LOCAL 777<br><br>Plaintiffs<br><br>v.<br><br>SOUTHPORT CONTRACTING, INC.<br><br>Defendant | Civil Action No.<br><br><br><br><br><br>October 6, 2015 |

(FOR BREACH OF COLLECTIVE BARGAINING AGREEMENT;
AND TO COLLECT CONTRIBUTIONS DUE TO PLAINTIFF FUNDS)

### PARTIES

1. Plaintiffs Trustees of the Connecticut Pipe Trades Local 777 Health Fund, Annuity Fund, Connecticut State Pension Fund, Apprentice Training Fund, and Industry Fund (hereinafter referred to as "the Funds"), are Trustees of a multi-employer employee benefit plan as those terms are defined in Sections 3(3) and 3(37) of the Employee Retirement Income Security Act of 1974 (hereinafter referred to as "ERISA," 29 U.S.C. Sections 1002(3) and (37)). The Funds are established and maintained by a Restated Agreement and Declaration of Trust and by a Collective

Bargaining Agreement between the United Association of Plumbers and Pipefitters Local 777 (hereinafter referred to as "the Union") and Southport Contracting, Inc. (hereinafter referred to as "Southport Contracting").  The Funds are administered at 1155 Silas Deane Highway, Wethersfield, CT 06109.

2. The United Association of Plumbers and Pipefitters Local 777 is a labor organization within the meaning of Section 2(5) of the National Labor Relations Act, 29 U.S.C. Section 152(5).

3. The Defendant, Southport Contracting, is doing business under the laws of the State of Connecticut, with an address located at 1730 Commerce Drive, Suite B, Bridgeport, Connecticut 06605.  Defendant Southport Contracting transacts business in the State of Connecticut as a contractor or subcontractor in the plumbing and pipefitting industry and at all times herein was an "employer in an industry affecting commerce" as defined in Sections 501(l), (3), and 2(2) of the Labor-Management Relations Act ("LMRA"), 29 U.S.C. Sections 142(l), (3), and 152(2); Sections 3(5), (9), (11), (12) and (14) of ERISA, 29 U.S.C. Sections 1002(5), (9), (11), (12) and (14); and Section 3 of the Multi-Employer Pension Plan Amendments Act of 1980, 29 U.S.C. Section 1001(a).

## JURISDICTION

4. This Court has jurisdiction of this action under Sections 502 and 515 of ERISA, 29 U.S.C. Sections 1132 and 1145, and under Section 301 of the LMRA, 29 U.S.C. Section 185(a).  This is an action for breach of a Collective Bargaining Agreement between an employer and a labor organization representing employees in

an industry affecting commerce, and an action to collect contributions due to an employee benefit plan under the terms of the Collective Bargaining Agreement.

## COUNT ONE
(Delinquent Contributions under ERISA)

5.   Defendant Southport Contracting entered into a Collective Bargaining Agreement with the United Association of Plumbers and Pipefitters Local 777, establishing the terms and conditions of employment for journeymen and apprentice plumbers and pipefitters employed by Defendant Southport Contracting.

6.   Pursuant to the Collective Bargaining Agreement, Defendant Southport Contracting is required to pay to the Funds certain sums of money for each hour of covered work performed by employees of the Defendant.

7.   Defendant Southport Contracting employed certain employees covered under the Collective Bargaining Agreement throughout the relevant period of the months of June through August 2015.  Defendant continues to employ individuals covered by the Collective Bargaining Agreement.

8.   Defendant Southport Contracting failed to make contributions due to the Funds for work performed at Southport Contracting's request for the months set forth in paragraph seven (7) on behalf of members in Local 777's jurisdiction.

9.   Defendant Southport Contracting failed to submit remittance reports for the months of June through August 2015; therefore the total amount due for these months is unknown.  Additionally, to the extent Defendant Southport Contracting

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT  06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

continues to utilize collective bargaining unit employees, Defendant's delinquencies to all Funds will continue to accumulate during the pendency of this lawsuit. Pursuant to the terms of the Collective Bargaining Agreement, Defendant Southport Contracting is obligated to pay such contributions owed to the Funds.

10. In addition, on or about February 13, 2015, Defendant Southport Contracting entered into a settlement agreement with the Plaintiffs for delinquent contributions owed to the Funds for the period August through December 2014 and for a shortage for the month of June 2014. The settlement agreement required Defendant to make monthly payments toward the total due to the Funds of **$105,717.46**. The settlement agreement further required Defendant Southport Contracting to file remittance reports and make contributions on a regular basis in accordance with the Collective Bargaining Agreement during the period of repayment of the debt. The settlement agreement provides that if the Defendant Southport Contracting failed to make any of the scheduled payments, the Funds may declare the entire principal amount then unpaid as immediately due and payable.

11. Defendant Southport Contracting defaulted on the terms of the settlement agreement by failing to make contributions on a timely basis during the period of repayment. To date, Defendant Southport Contracting had made eight monthly payments, through October 2015, of thirty such payments, leaving a balance due and owing to the Funds of **$77,526.10**.

12. Pursuant to 29 U.S.C. 1132(g)(2), the Defendant is liable to the Plaintiffs for the unpaid contributions, interest on the unpaid contributions, an amount equal to

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

the greater of (a) interest on the unpaid contributions, or (b) liquidated damages provided for in the Plan, reasonable attorney's fees, costs of this action, and such other legal and equitable relief as the Court deems appropriate.

**WHEREFORE**, Plaintiffs pray for judgment as follows:

A. Ordering Defendant Southport Contracting to submit the monthly reports and any unpaid contributions for the months of June 2015 through the date of Judgment;

B. Ordering Southport Contracting to make payment to the respective Plaintiffs for the unpaid contributions, interest on the unpaid contributions, an amount equal to the greater of (1) interest on the unpaid contributions, or (2) liquidated damages provided for in the Plan, reasonable attorney's fees, and costs of this action, pursuant to 29 U.S.C. Section 1132(g).

C. Ordering Southport Contracting to make payment on the balance of the Settlement Agreement in the amount of *$77,526.10*, for pre-judgment interest, post-judgment interest, reasonable attorney's fees and costs of this action.

D. For such further relief as the Court may deem appropriate.

DATED at East Hartford, Connecticut, this 6th day of October 2015.

ATTORNEY FOR PLAINTIFFS,

By: *[signature: Adam Garelick]*

Adam M. Garelick, Esq.
ROBERT M. CHEVERIE & ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT  06108-4203
Tele. No.: (860) 290-9610
Fax No.: (860) 290-9611
Fed. Bar No.: ct29674
E-mail: agarelick@cheverielaw.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Complaint has been served by certified mail, as required by Section 502(h) of the Employment Retirement Income Security Act of 1974, 29 U.S.C. Section 1132(h), this 6th day of October 2015, on the following:

Secretary of the Treasury
INTERNAL REVENUE SERVICE
31 Hopkins Plaza, Suite B2
Baltimore, MD  21201
Attn:  Employee Plans

Secretary of Labor
200 Constitution Avenue, N.W.
Washington, D.C.  20210
Attn:  Assistant Solicitor for Plan
       Benefits Security

ATTORNEY FOR PLAINTIFFS,

By: /s/ Adam Garelick
Adam M. Garelick, Esq.
ROBERT M. CHEVERIE & ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT  06108-4203
Tele. No.: (860) 290-9610
Fax No.: (860) 290-9611
Fed. Bar No.: ct29674
E-mail: agarelick@cheverielaw.com